SUSAN LORD-KEENE et al., as Parents and Natural Guardians of BRENDAN KEENE, an Infant, Respondents, v STATE OF NEW YORK, Appellant. (Claim No. 97356.) JULIE MARTIN, Individually and as Mother and Natural Guardian of BENJAMIN MARTIN, an Infant, Respondent, v STATE OF NEW YORK, Appellant. (Claim No. 97510.) RICHARD W. SHELANSKEY, JR., et al., as Parents and Guardians of NICHOLAS A. SHELANSKEY, an Infant, Respondents, v STATE OF NEW YORK, Appellant. (Claim No. 96868.) [705 NYS2d 306] —Order unanimously affirmed with costs for reasons stated in decision at Court of Claims, Midey, Jr., J. (Appeal from Order of Court of Claims, Midey, Jr., J.— Negligence.) Present—Pigott, Jr., P. J., Green, Wisner, Scudder and Kehoe, JJ.